

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00331-CV
_____

ANIOL III LLC D/B/A RIVER GARDENS AND CAREGIVER 2, INC.,
Appellant

V.

DAVID BRYAN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF DENA RACHELLE BRYAN, DECEASED, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-321683-20

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 31, 2022